AO 442 (Rev. 11/11) Arrest Warrant

10267144

# UNITED STATES DISTRICT COURT
### for the
### Southern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Antonio BENITEZ<br><br>_____<br>*Defendant* | )<br>)   Case No.  60524-298<br>)<br>)   '22 MJ3592<br>)<br>) |

2022 OCT 11 PM 3:41 — RECEIVED U.S. MARSHALS-S/CA

**NOT FOR PUBLIC VIEW**

FILED
NOV 18 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Antonio BENITEZ                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Escape from custody of the Attorney General Title 18 USC Sections 751(a) and 4082(a).

DATE: 11/16/22
ARRESTED BY: Escondido PD

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

Date:    10/07/2022

*Issuing officer's signature*

Hon. Barbara L. Major

City and state:    San Diego, CA

HONORABLE LUCY H. KOH
*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____<br><br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |