**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO BENITEZ,<br><br>　　　　　　　　　Defendant. | Case No.: 22CR2848-CAB<br>　　　　　　　22MJ3592<br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C.,<br>Secs. 751(a) and 4082(a) –<br>Escape from Federal Custody<br>(Felony) |

The United States Attorney charges:

On or about October 6, 2022, within the Southern District of California, Defendant, ANTONIO BENITEZ, did escape from an institution and facility in which he was confined by direction of the Attorney General, and his authorized representative, by willfully failing to remain within the extended limits of his confinement and/or willfully failing to report as directed to a federally contracted facility, to wit: Core Civic, Inc., located in San Diego, California, said custody and confinement being by virtue of a felony convictions for Violent Crime in Aid of Racketeering, in violation of Title 18, United States Code, Section 1959(a)(3) and (a)(5), and Brandishing and Discharge of a Firearm in Furtherance of a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1) and (d); all in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

JMP:td:12/13/2022

1       DATED: _____.

2                                           RANDY S. GROSSMAN
                                            United States Attorney
3
                                            /s/ JP
4                                           JEFFREY M. PIERCE
                                            Assistant United States Attorney
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28